Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-602

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:**   A Little Splash Of Bourbon

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   January 16, 2019
**Nation of 1st Publication:**   United States

## Author

- **Author:**   The Whiskey Ginger
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   The Whiskey Ginger
4689 Bembrick Street Unit 2D, Bozeman, MT, 59718, United States

## Rights and Permissions

**Organization Name:**   The Jewel Branding & Licensing, Inc.
**Name:**   Julie Newman
**Email:**   info@jewelbranding.com
**Telephone:**   (404)303-1872
**Address:**   1117 Antioch Dr. NE
Brookhaven, GA 30319 United States

## Certification

**Name**: David Denholm
**Date**: May 01, 2025
**Applicant's Tracking Number**: TW2025042201



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-586

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Bring Your Ass Kicking Boots Cowgirl

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** December 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** The Whiskey Ginger
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Whiskey Ginger
4689 Bembrick Street Unit 2D, Bozeman, MT, 59718, United States

## Rights and Permissions

**Organization Name:** The Jewel Branding & Licensing, Inc.
**Name:** Julie Newman
**Email:** info@jewelbranding.com
**Telephone:** (404)303-1872
**Address:** 1117 Antioch Dr. NE
Brookhaven, GA 30319 United States

## Certification

**Name:** David Denholm
**Date:** May 01, 2025
**Applicant's Tracking Number:** TW2025042206



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-587

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Don't Call Me Honey Horseback Cowgirl

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 27, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** The Whiskey Ginger
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Whiskey Ginger
4689 Bembrick Street Unit 2D, Bozeman, MT, 59718, United States

## Rights and Permissions

**Organization Name:** The Jewel Branding & Licensing, Inc.
**Name:** Julie Newman
**Email:** info@jewelbranding.com
**Telephone:** (404)303-1872
**Address:** 1117 Antioch Dr. NE
Brookhaven, GA 30319 United States

## Certification

**Name:** David Denholm
**Date:** May 01, 2025
**Applicant's Tracking Number:** TW2025042207



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-605

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** The Salty Mermaid Dive Bar & Fish Shack

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 04, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** The Whiskey Ginger
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Whiskey Ginger
4689 Bembrick Street Unit 2D, Bozeman, MT, 59718, United States

## Rights and Permissions

**Organization Name:** The Jewel Branding & Licensing, Inc.
**Name:** Julie Newman
**Email:** info@jewelbranding.com
**Telephone:** (404)303-1872
**Address:** 1117 Antioch Dr. NE
Brookhaven, GA 30319 United States

## Certification

**Name:** David Denholm
**Date:** May 01, 2025
**Applicant's Tracking Number:** TW2025042220



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-579

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** A Sunny Place For Shady Ladies

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 04, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** The Whiskey Ginger
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Whiskey Ginger
4689 Bembrick Street Unit 2D, Bozeman, MT, 59718, United States

## Rights and Permissions

**Organization Name:** The Jewel Branding & Licensing, Inc.
**Name:** Julie Newman
**Email:** info@jewelbranding.com
**Telephone:** (404)303-1872
**Address:** 1117 Antioch Dr. NE
Brookhaven, GA 30319 United States

## Certification

**Name:** David Denholm
**Date:** May 01, 2025
**Applicant's Tracking Number:** TW2025042202

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-592

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
July 29, 2025

## Title
_____

|  |  |
|---|---|
| **Title of Work:** | Old Rodeo Saloon Giddyup Buttercup |

## Completion/Publication
_____

|  |  |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | April 01, 2022 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author
_____

|  |  |
|---|---|
| • **Author:** | The Whiskey Ginger |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant
_____

|  |  |
|---|---|
| **Copyright Claimant:** | The Whiskey Ginger |
| | 4689 Bembrick Street Unit 2D, Bozeman, MT, 59718, United States |

## Rights and Permissions
_____

|  |  |
|---|---|
| **Organization Name:** | The Jewel Branding & Licensing, Inc. |
| **Name:** | Julie Newman |
| **Email:** | info@jewelbranding.com |
| **Telephone:** | (404)303-1872 |
| **Address:** | 1117 Antioch Dr. NE |
| | Brookhaven, GA 30319 United States |

## Certification
_____

**Name:** David Denholm
**Date:** May 01, 2025
**Applicant's Tracking Number:** TW2025042212



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-603

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
**Title of Work:** The Pineapple Parlor Tiki Bar & Lounge

## Completion/Publication
**Year of Completion:** 2019
**Date of 1st Publication:** September 27, 2019
**Nation of 1st Publication:** United States

## Author
- **Author:** The Whiskey Ginger
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant
**Copyright Claimant:** The Whiskey Ginger
4689 Bembrick Street Unit 2D, Bozeman, MT, 59718, United States

## Rights and Permissions
**Organization Name:** The Jewel Branding & Licensing, Inc.
**Name:** Julie Newman
**Email:** info@jewelbranding.com
**Telephone:** (404)303-1872
**Address:** 1117 Antioch Dr. NE
Brookhaven, GA 30319 United States

## Certification

**Name:** David Denholm
**Date:** May 01, 2025
**Applicant's Tracking Number:** TW2025042219



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-607**

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Whoa Whiskey Cowgirl

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 04, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** The Whiskey Ginger
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Whiskey Ginger
4689 Bembrick Street Unit 2D, Bozeman, MT, 59718, United States

## Rights and Permissions

**Organization Name:** The Jewel Branding & Licensing, Inc.
**Name:** Julie Newman
**Email:** info@jewelbranding.com
**Telephone:** (404)303-1872
**Address:** 1117 Antioch Dr. NE
Brookhaven, GA 30319 United States

## Certification

Page 1 of 2

**Name:** David Denholm
**Date:** May 01, 2025
**Applicant's Tracking Number:** TW2025042222



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

# VA 2-454-585

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Art Deco Prosecco Ostrich

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 05, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** The Whiskey Ginger
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Whiskey Ginger
4689 Bembrick Street Unit 2D, Bozeman, MT, 59718, United States

## Rights and Permissions

**Organization Name:** The Jewel Branding & Licensing, Inc.
**Name:** Julie Newman
**Email:** info@jewelbranding.com
**Telephone:** (404)303-1872
**Address:** 1117 Antioch Dr. NE
Brookhaven, GA 30319 United States

## Certification

**Name:** David Denholm
**Date:** May 01, 2025
**Applicant's Tracking Number:** TW2025042205



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-583

**Effective Date of Registration:**
May 01, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Amaretto Flamingo

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 15, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** The Whiskey Ginger
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Whiskey Ginger
4689 Bembrick Street Unit 2D, Bozeman, MT, 59718, United States

## Rights and Permissions

**Organization Name:** The Jewel Branding & Licensing, Inc.
**Name:** Julie Newman
**Email:** info@jewelbranding.com
**Telephone:** (404)303-1872
**Address:** 1117 Antioch Dr. NE
Brookhaven, GA 30319 United States

## Certification

Page 1 of 2

**Name:** David Denholm
**Date:** May 01, 2025
**Applicant's Tracking Number:** TW2025042203

