**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THE WHISKEY GINGER, LLC,

    Plaintiff,                                            Case No.: 1:26-cv-01216

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | LLZNG |
| 2 | panlongqusichaobaihuoshanghang |
| 3 | jinchengshimeishiwenhuayishuchuanmeiyouxiangongsi |
| 4 | 扭腰裤服饰百货 |
| 5 | 洪宇小店 |
| 6 | PuYangCuiPingZhongZhiJia |
| 7 | BBUAN |
| 8 | chongqingjingyuejiancaixiaoshoujingyingbu |
| 9 | jisneh |
| 10 | hebishishifanquouxingshangmaoyouxiangongsi |
| 11 | GuangZhouChaZiRouDianZiShangWuYouXianGongSi |
| 12 | chibotubingdianzi |
| 13 | heyuanzhangmaifuzhuang |
| 14 | ywyxgs |
| 15 | AnZhenJianZhuGongCheng |
| 16 | ShiChiSiWenSanaoYuXiaGongSi |
| 17 | xupuxiandibeijunshangmaoyou |
| 18 | MingHeJianCai |
| 19 | HengYangXianZhaoWanShangMaoYouXianGong |
| 20 | YuZhouShiWeiXuShangMaoYouXianGongSi |
| 21 | hsiqm |
| 22 | shanxifengyuanshebeianzhuang |
| 23 | lyxrrdq |

1

| | |
|---|---|
| 24 | 海冯边玩具 |
| 25 | zhiuen |
| 26 | 车氪配科技店 |
| 27 | henanshengkujianzhuzhuangshi |
| 28 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 29 | 范书柜收纳 |
| 30 | FFYS |
| 31 | DingYuTing |
| 32 | 义乌市腾劭商贸有限公司 |
| 33 | haiyangyuxiangshuichanyouxiangongsi |
| 34 | 车贤饰内店 |
| 35 | BEIBEEe |
| 36 | GuangZhouYiWuShangMao |
| 37 | 金华市淑徽服饰有限公司 |
| 38 | LianGuangWuZiXiaoShou |
| 39 | 贫铭商贸 |
| 40 | dongguanshijinhonggongyipin |
| 41 | Zhoupeng321 |
| 42 | yunyangshanmao |
| 43 | anyuanxiantongchuangmaoyiyouxiangongsi |
| 44 | lingyeca |
| 45 | 邢凋商贸 |
| 46 | Bold Oversize |
| 47 | DarkJoy |
| 48 | zzfYISUHAIBAO |
| 49 | Hua Tuan Minh |
| 50 | 嘉善立鑫五金制品贸易有限公司 |
| 51 | HAMINHTHUAN |
| 52 | yuping wang |
| 53 | PUChengyoustore |
| 54 | TIPXINH |
| 55 | moonStar |
| 56 | PiFly Shop |
| 57 | Reno Qin poster |
| 58 | Mo Fu Sheng Poster |
| 59 | CY Sign |

| 60 | mbmbmb |
|---|---|
| 61 | PatinaPaletteStore |
| 62 | CLHCCCSD Art Canvas Poster |
| 63 | Huge amount of art |
| 64 | Tai Chu Ju Poster |
| 65 | B Old Yuan Poster |
| 66 | A Unique Poster |
| 67 | Nayangyun poster |
| 68 | Domeihui poster |
| 69 | Liuyanli Poster |
| 70 | Bo Hang Poster |
| 71 | Caihonghai poster |
| 72 | Dynamic Print Depot S |
| 73 | VibeWear Tees A |
| 74 | Cqchaofu |
| 75 | Mikklar |
| 76 | KaWaka |
| 77 | Chroma Art |
| 78 | Ling Teng Poster |
| 79 | Dumbo art poster local |
| 80 | YJY Decorative Painting Expert |
| 81 | Wall Painting Art |
| 82 | JX Decorative paintings and posters |
| 83 | DBY Digital oil painting factory |
| 84 | LLY Decorative poster |
| 85 | ZX Decorative paintings and posters |
| 86 | super oil painter |
| 87 | SYK Decorative paintings and posters |
| 88 | XLA Interesting Life |
| 89 | SJY Decorative paintings and posters |
| 90 | FB Decorative paintings and posters |
| 91 | XHY Decorative paintings and posters |
| 92 | HJS a pleasant dream |
| 93 | JLS painting poster expert |
| 94 | SCN decorative painting |
| 95 | LYE Decorative Painting Expert |
| 96 | HXF Decorative paintings and posters |
| 97 | PixelBloom Art Poster |
| 98 | Canvas Classic Art |

| | |
|---|---|
| 99 | CYC Decorative paintings and posters |
| 100 | Dumbo art poster |
| 101 | poster draw |
| 102 | Luxe Art Poster |
| 103 | Canvas Classics |
| 104 | Pictures on the wall |
| 105 | just poster |
| 106 | Happinessism Poster |
| 107 | Artful Livin Wall Wonders Aesthetic Haven |
| 108 | PosterCraft |
| 109 | Thedistance poster |
| 110 | Artful Decor Vision |
| 111 | Black Tuesday Poster |
| 112 | yisier |
| 113 | Wall Sticker Painting |